379 A.2d 621

First Pennsylvania Bank v. Bonaventure et ux., Appellants.

656

Argued June 20, 1977.

Stephen Joel Folkman, for appellants; Dean B. Stewart, Jr., with him McTighe, Mullaney, Weiss, Bonner, Stewart & O'Neill, for appellee.

Order affirmed.